No. D–2304. IN RE DISCIPLINE OF HALPERN. Marsha M. Halpern, of Dallas, Tex., is suspended from the practice of law in

this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.